| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 18, 2024<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CARLOS LEE SANCHEZ, JR,

    Defendant.

Case No. 2:24-cr-00281-DAD-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARLOS LEE SANCHEZ, JR , Case No.  2:24-cr-00281-DAD-3 , Charge 18 U.S.C. § 1029  from custody for the following reasons:

   **x**   Release on Personal Recognizance

       Bail Posted in the Sum of $ _____

           Unsecured Appearance Bond $ _____

           Appearance Bond with 10% Deposit

           Appearance Bond with Surety

           Corporate Surety Bail Bond

   **x**   (Other):  Released forthwith with terms as stated on the record. Following the first working day of release, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM.

Issued at Sacramento, California on October 18, 2024, at 2:30 PM.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE