JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Carlos Lee Sanchez, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS LEE SANCHEZ, JR.,<br><br>Defendant. | Case No.: 2:24-CR-00281-DC<br><br>STIPULATION AND ORDER CONTINUING MR. SANCHEZ'S SENTENCING DATE AND ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE<br><br>Date: October 23, 2026<br>Time: 9:30 a.m.<br>Judge: Honorable Dena M. Coggins |

On June 10, 2026, Mr. Sanchez pled guilty to Count 1 (of an 8 count indictment) which charged Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(5). Mr. Sanchez is presently set for judgment and sentencing on September 25, 2026, at 9:30 a.m., before the Honorable Dena M. Coggins. For reasons more specifically detailed below, the defense is requesting to continue Mr. Sanchez's judgment and sentencing to **October 23, 2026, at 9:30 a.m.** (and adjust the presentence report objection and disclosure schedule accordingly).

Mr. Sanchez has been interviewed by Probation and the draft Presentence Report (PSR) was published on August 12, 2026. Based on the presently in place disclosure and objection schedule, the informal objections draft PSR are due August 28, 2026. Included in the draft PSR is a recommendation the enhancement found at USSG §2B1.1(b)(2)(A) (offense [allegedly] involved more

than 10 victims). Application of this enhancement is contrary to stipulations contained in the plea agreement as to the applicable guidelines and was not contemplated by the parties. (ECF 89, pg. 8) As such, defense counsel is requesting additional time in order to research the applicability of this enhancement and craft the defense's informal objections accordingly. Assistant United States Attorney, Nicholas M. Fogg and United States Probation Officer Craig Boudy were consulted, prior to the filing of this stipulation, as to the request(s) made herein. Neither the government, nor Probation, have an objection to the requests made herein.

Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **10/23/26 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 10/16/26 |
| Counsel's written formal objections filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/09/26 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/02/26 |
| Counsel's written informal objections to the Presentence Report shall be delivered to the Probation Officer and opposing Counsel no later than: | 09/25/26 |

Dated: August 26, 2026

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
CARLOS LEE SANCHEZ, JR

///

///

///

Dated: August 26, 2026

Eric Grant
United States Attorney

by: /S/ Nicholas M. Fogg
NICHOLAS M. FOGG
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED as to Carlos Lee Sanchez, Jr., the court, having received, read and considered the parties' stipulation filed on August 28, 2026 (Doc. No. 94), and good cause appearing therefrom, APPROVES the parties' request as modified. Accordingly, the Sentencing Hearing scheduled for September 25, 2026, is VACATED and RESET for October 23, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the parties' informal objections shall be delivered to the Probation Officer no later than September 25, 2026; the final Report shall be submitted no later than October 2, 2026; Formal Objections or any Motion for Correction shall be submitted no later than October 9, 2026; and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than 12:00 PM on October 15, 2026 (opposed to October 16, 2026).

IT IS SO ORDERED.

Dated: **August 31, 2026**

Dena Coggins
United States District Judge