JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Carlos Lee Sanchez, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS LEE SANCHEZ, JR.,<br><br>Defendant. | Case No.: 2:24-CR-00281-DC-03<br><br>STIPULATION AND ORDER CONTINUING MR. SANCHEZ'S SENTENCING DATE AND ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE<br><br>Date: November 13, 2026<br>Time: 9:30 a.m.<br>Judge: Honorable Dena M. Coggins |

On June 10, 2026, Mr. Sanchez pled guilty to Count 1 (of an 8 count indictment) which charged Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(5). Mr. Sanchez is presently set for judgment and sentencing on October 23, 2026, at 9:30 a.m., before the Honorable Dena M. Coggins. Pursuant to the presently in place disclosure/objection schedule, the formal objections to the PSR are due October 9, 2026. For reasons more specifically detailed below, the defense is requesting to continue Mr. Sanchez's judgment and sentencing to **November 13, 2026, at 9:30 a.m.** (and adjust the presentence report objection and disclosure schedule accordingly).

Mr. Sanchez has been interviewed by Probation, the draft Presentence Report (PSR) was published on August 12, 2026, the defense timely filed informal objections and Probation timely filed the final PSR on, or about,

October 2, 2026. Among the(informal) objections raised by the defense was an objection to the PSR's recommendation that USSG § 2B1.1(b)(2)(A)(i) (more than 10 victims) be applied to Mr. Sanchez. The final PSR continues to recommend a two level enhancement related to the "victims", but instead the (final) PSR recommends application of §2B1.1(b)(11)(C)(ii). Application of either enhancement is contrary to stipulations contained in the plea agreement as to the applicable guidelines and was not contemplated by the parties. [ECF 89, pg. 8}.)

The defense's prior research as to USSG § 2B1.1(b)(2)(A)(i) is no longer relevant. As such, defense counsel is requesting additional time in order to research the applicability of §2B1.1(b)(11)(C)(ii), review the relevant discovery and craft the defense's formal objections accordingly.

Assistant United States Attorney, Nicholas M. Fogg and United States Probation Officer Craig Boudy were consulted, prior to the filing of this stipulation, as to the request(s) made herein. Neither the government, nor Probation, have an objection to the requests made herein.

Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **11/13/26 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 11/05/26 (@ 12:00 p.m) |
| Counsel's written formal objections filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/30/26 (@ 12:00 p.m.) |

Dated: October 8, 2026

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
CARLOS LEE SANCHEZ, JR

///

Dated: October 8, 2026

Eric Grant
United States Attorney

by: /S/ Nicholas M. Fogg
NICHOLAS M. FOGG
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED as to Carlos Lee Sanchez, Jr., the court, having received, read and considered the parties' stipulation filed on October 8, 2026 (Doc. No. 100), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for October 23, 2026, is VACATED and RESET for November 13, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the Formal Objections or any Motion for Correction shall be submitted no later than October 30, 2026 by 12:00 PM (Noon); and Reply, or Statement of Non-Opposition and any other briefing the parties want the court to consider shall be submitted no later than November 5, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated: **October 8, 2026**

Dena Coggins
United States District Judge