JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
4005 Manzanita Ave, Suite 6-8
Carmichael, CA 95608
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
Carlos Lee Sanchez, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS LEE SANCHEZ, JR.,<br><br>Defendant. | Case No.: 2:24-CR-0281-DC-3<br><br>STIPULATION AND ORDER CONTINUING MR. SANCHEZ'S SENTENCING DATE AND ACCOMPANYING DISCLOSURE AND OBJECTION SCHEDULE<br><br>Date: December 11, 2026<br>Time: 9:30 a.m.<br>Judge: Honorable Dena M. Coggins |

On June 10, 2026, Mr. Sanchez pled guilty to Count 1 (of an 8 count indictment) which charged Conspiracy to Commit Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(5). Mr. Sanchez was set for judgment and sentencing on November 13, 2026, at 9:30 a.m., before the Honorable Dena M. Coggins. Due to the volume of the calendar on November 13, 2026 and to better address the briefing of the parties, the court requested the matter be continued to November 20, 2026. As such, the matter is now set for judgment and sentencing on November 20, 2026 (ECF 113) at 9:30 a.m., before the Honorable Dena M. Coggins. For reasons more specifically detailed below, the defense is requesting to continue Mr. Sanchez's judgment and sentencing to **December 11, 2026, at 9:30 a.m., before the Honorable Dena M. Coggins.**

On November 12, 2026, as the parties were discussing moving the matter consistent with the court's request, the worldwide Microsoft glitch

impacting, among other things, email transmissions, was unfolding. As a result, defense counsel's request for a date in December was unknown to the court, the government and Probation until after the court moved the matter to November 20, 2026. On November 13, 2026, when the magic of the internet was restored, the court and the government both, graciously, reached out to defense counsel indicating a December date was possible. December 4, 2026 was initially selected, but not all the parties are available on December 4, 2026, so December 11, 2026 was selected.

Presently, the final PSR has been published, the defense timely filed objections and the government and the defense both timely filed sentencing memorandums. As such, absent a request from the court seeking additional briefing, the briefing in this matter is complete.

Assistant United States Attorney, Nicholas M. Fogg and United States Probation Officer Craig Boudy were consulted, prior to the filing of this stipulation, as to the request(s) made herein. Neither the government, nor Probation, have an objection to the requests made herein.

Therefore, the Parties respectfully request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:** **12/11/26 (@ 9:30 a.m.)**

Dated: November 13, 2026

/S/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
CARLOS LEE SANCHEZ, JR

Dated: November 13, 2026

Eric Grant
United States Attorney

by: /S/ Nicholas M. Fogg
NICHOLAS M. FOGG
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED as to Carlos Lee Sanchez, Jr., the court, having received, read and considered the parties' stipulation filed on November 13, 2026 (Doc. No. 114), and good cause appearing therefrom, APPROVES the parties' request to continue the sentencing hearing. Accordingly, the Sentencing Hearing scheduled for November 20, 2026, is VACATED and RESET for December 11, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Dena Coggins
United States District Judge